1 | COGBURN LAW
Jamie S. Cogburn, Esq.
2 | Nevada Bar No. 8409
jsc@cogburncares.com
3 | Erik W. Fox, Esq.
Nevada Bar No. 8804
4 | ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 | Henderson, Nevada 89074
Telephone: (702) 748-7777
6 | Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MCNEILL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING LLC, a Foreign Limited-Liability Company, EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company, TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:18-cv-02232-GMN-GWF<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |

Plaintiff, Brian McNeill ("Plaintiff") and Defendant, Equifax Information Services LLC, by and through their respective attorneys of record, request that the above-captioned matter be

. . .

. . .

. . .

. . .

. . .

dismissed with prejudice as to Equifax Information Services LLC only, pursuant to FRCP 41(a)(2).

Each party shall bear its own attorney fees and costs incurred herein.

| Dated this 6th day of August, 2019. | Dated this 6th day of August, 2019. |
|---|---|
| **COGBURN LAW** | **CLARK HILL PLLC** |
| By: */s/Erik W. Fox* <br> Name: Jamie S. Cogburn, Esq. <br> Nevada Bar No. 8409 <br> Erik W. Fox, Esq. <br> Nevada Bar No. 8804 <br> 2580 St. Rose Parkway, Suite 330 <br> Henderson, Nevada 89074 <br> *Attorneys for Plaintiff* | By: */s/Jeremy J. Thompson* <br> Name: Jeremy J. Thompson, Esq. <br> Nevada Bar No. 12503 <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, NV 89169 <br> *Attorneys for Equifax Information Services LLC* |

**IT IS SO ORDERED.**

DATED this  15  day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT