COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MCNEILL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING LLC, a Foreign Limited-Liability Company, EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company, TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:18-cv-02232-GMN-EJY<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Plaintiff, Brian McNeill ("Plaintiff") and Defendant, Trans Union LLC, by and through their respective attorneys of record, request that the above-captioned matter be

. . .

. . .

. . .

. . .

. . .

dismissed with prejudice as to Trans Union LLC only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

Dated this 3rd day of September, 2019.	Dated this 3rd day of September, 2019.

**COGBURN LAW**	**ALVERSON TAYLOR & SANDERS**

By: */s/Erik W. Fox*	By: */s/Trevor Waite*
Name: Jamie S. Cogburn, Esq.	Name: Kurt Bonds, Esq.
   Nevada Bar No. 8409	   Nevada Bar No. 6228
   Erik W. Fox, Esq.	   Trevor Waite, Esq.
   Nevada Bar No. 8804	   Nevada Bar No. 13779
   2580 St. Rose Parkway, Suite 330	   6605 Grand Montecito Pkwy
   Henderson, Nevada 89074	   Suite 200
   *Attorneys for Plaintiff*	   Las Vegas, Nevada 89149
      *Attorneys for Defendant, Trans Union LLC*

**IT IS SO ORDERED.**

Dated this 18 day of September, 2019

_____
Gloria M. Navarro, District Judge
United States District Court