1 COGBURN LAW
Jamie S. Cogburn, Esq.
2 Nevada Bar No. 8409
jsc@cogburncares.com
3 Erik W. Fox, Esq.
Nevada Bar No. 8804
4 ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 Henderson, Nevada 89074
Telephone: (702) 748-7777
6 Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

| | |
|---|---|
| 10 BRIAN MCNEILL, an individual; | Case Number 2:18-cv-02232-GMN-EJY |
| 11 Plaintiff, | |
| 12 vs. | |
| 13 SPECIALIZED LOAN SERVICING LLC, a Foreign Limited-Liability Company, | **STIPULATION OF DISMISSAL OF DEFENDANT SPECIALIZED LOAN SERVICING, LLC WITH PREJUDICE** |
| 14 EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company, | |
| 15 TRANS UNION LLC, a Foreign Limited-Liability Company, | |
| 16 | |
| 17 Defendants. | |

18     IT IS HEREBY STIPULATED by and between Plaintiff, Brian McNeill ("Plaintiff") and

19 Defendant, Specialized Loan Servicing, LLC ("Defendant"), by and through their respective

20 attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

21 . . .

22 . . .

23 . . .

24 . . .

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 2nd day of January, 2020.

**COGBURN LAW**

By: /s/Erik W. Fox
Name: Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074 *Attorneys for Plaintiff*

Dated this 2nd day of January, 2020.

**HOUSER & ALLISON, APC**

By: /s/Jeffrey S. Allison
Name: Jeffrey S. Allison, Esq.
Nevada Bar No. 8949
6671 Las Vegas Blvd. S., Ste. 210
Las Vegas, NV 89119
*Attorneys for Specialized Loan Servicing, LLC*

**IT IS SO ORDERED.**

Dated this  3  day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court